CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

L.A. MURPHY ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

| Security XMSR | Transaction | Date | Price Per Share |
|---|---|---|---|
| Common Stock | Purchased 1600 shares | 10-27-05 | 29.34 |
| Common Stock | Purchased 400 shares | 10-27-05 | 29.33 |
| Common Stock | Purchased 3000 shares | 10-28-05 | 29.57 |

5. During the three years prior to the date of this Certificate, Plaintiff has sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws:

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable

1  costs and expenses (including lost wages) directly relating to the
2  representation of the class as ordered or approved by the court.
3      I declare under penalty of perjury that the foregoing is true
4  and correct. Executed this 9TH day of MAY, ~~1999~~ 2006

[signature]

COMPLNTS\CERTS\_____.CRR