# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOU ANN MURPHY, Individually and on Behalf of All Others Similarly Situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO,  )<br>)<br>Defendants.  ) | **APPEARANCE**<br>Civ. A. No. 1:06-cv-00905-ESH |

To the Clerk of this Court and all parties of record:

Please enter the appearance of **CHRISTOPHER J. HERRLING** as counsel in this case for: XM Satellite Radio Holdings, Inc. and Hugh Panero.

June 5, 2006  /s/ Christopher J. Herrling
Date  Signature

D.C. Bar No. 354837  Christopher J. Herrling
BAR IDENTIFICATION  Print Name

WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000

## CERTIFICATE OF SERVICE

    I hereby certify that I have served the foregoing APPEARANCE by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 5, 2006 to:

>Daniel S. Sommers, Esq.
>COHEN MILSTEIN HAUSFELD & TOLL, PLLC
>1100 New York Avenue NW
>West Tower, Suite 500
>Washington, DC 20005
>Tel: (202) 408-4600
>dsommers@cmht.com
>
>**Counsel for Plaintiff Lou Ann Murphy**

>/s/ Lisa Gasparott_____
>Lisa Gasparott
>WILMER CUTLER PICKERING
> HALE AND DORR LLP
>1875 Pennsylvania Avenue NW
>Washington, DC 20037
>Tel: (202) 663-6000
>Fax: (202) 663-6363