**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOU ANN MURPHY, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | **CORPORATE DISCLOSURE CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1 & LCvR 7.1** |
| v. ) ) | Civ. A. No. 1:06-cv-00905-ESH |
| XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO, ) ) ) | |
| Defendants. ) _____) | |

Certificate required by Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

> I, the undersigned, counsel of record for XM Satellite Radio Holdings, Inc. ("XM"), certify that to the best of my knowledge and belief, XM has no parent companies or subsidiaries that have any outstanding equity securities in the hands of the public. XM Satellite Radio Inc., a wholly owned subsidiary of XM, has outstanding debt securities in the hands of the public. General Motors Corporation is an XM affiliate that has outstanding securities in the hands of the public. American Honda Motor Co., Inc. is an XM affiliate and indirectly publicly held corporation that owns in excess of 10 percent of XM's stock.

These representations are made in order that judges of this court may determine the need for recusal.

                                    Respectfully submitted,

Dated: June 6, 2006                WILMER CUTLER PICKERING HALE AND DORR LLP

                                    /s/ Charles E. Davidow
                                    Charles E. Davidow, D.C. Bar No. 331702
                                    Christopher J. Herrling, D.C. Bar No. 354847
                                    John A. Valentine, D.C. Bar No. 473072
                                    Michael A. Mugmon, D.C. Bar No. 485150
                                    1875 Pennsylvania Avenue NW
                                    Washington, DC 20006
                                    Tel: (202) 663-6000
                                    Fax: (202) 663-6363

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing CORPORATE DISCLOSURE CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1 & LCvR 7.1 by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 6, 2006 to:

            Daniel S. Sommers, Esq.
            COHEN MILSTEIN HAUSFELD & TOLL, PLLC
            1100 New York Avenue NW
            West Tower, Suite 500
            Washington, DC 20005
            Tel: (202) 408-4600
            dsommers@cmht.com

            **Counsel for Plaintiff Lou Ann Murphy**

            /s/ Lisa Gasparott_____
            Lisa Gasparott
            WILMER CUTLER PICKERING
             HALE AND DORR LLP
            1875 Pennsylvania Avenue NW
            Washington, DC 20037
            Tel: (202) 663-6000
            Fax: (202) 663-6363