**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**MORRIS SATLOFF, Individually and on Behalf of All Others Similarly Situated,**

**Plaintiff,**

**v.**

**XM SATELLITE RADIO HOLDINGS, INC., *et al*.,**

**Defendants.**

**Civil Action No. 06-0802 (ESH)**

---

**STEPHEN L. CAREY, Individually and on Behalf of All Others Similarly Situated,**

**Plaintiff,**

**v.**

**XM SATELLITE RADIO HOLDINGS, INC., *et al*.,**

**Defendants.**

**Civil Action No. 06-0857 (ESH)**

---

**EUGENE VASSILTSOV, Individually and on Behalf of All Others Similarly Situated,**

**Plaintiff,**

**v.**

**XM SATELLITE RADIO HOLDINGS, INC., *et al*.,**

**Defendants.**

**Civil Action No. 06-0877 (ESH)**

---

|  |  |  |
|---|---|---|
| GARY BOLAND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0889 (ESH) |
| XM SATELLITE RADIO HOLDINGS, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |
| LOU ANN MURPHY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0905 (ESH) |
| XM SATELLITE RADIO HOLDINGS, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |
| MICHAEL A. BERNSTEIN, CGM Profit Sharing Custodian, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0926 (ESH) |
| XM SATELLITE RADIO HOLDINGS, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

|  |  |
|---|---|
| GERALD ALAN CASSEL, SR., Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) |
|       Plaintiff, | ) ) |
|     v. | )   Civil Action No. 06-0929 (ESH) ) |
| XM SATELLITE RADIO HOLDINGS, INC., *et al.*, | ) ) ) |
|       Defendants. | ) ) |
| JUSTIN DAVIS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
|       Plaintiff, | ) ) |
|     v. | )   Civil Action No. 06-0952 (ESH) ) |
| XM SATELLITE RADIO HOLDINGS, INC., *et al.*, | ) ) ) |
|       Defendants. | ) ) |
| LI-JAY CHU, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
|       Plaintiff, | ) ) |
|     v. | )   Civil Action No. 06-0973 (ESH) ) |
| XM SATELLITE RADIO HOLDINGS, INC., *et al.*, | ) ) ) |
|       Defendants. | ) ) |

## CONSOLIDATION ORDER

Having considered the parties' Consent Motion to Consolidate Cases, it is hereby

**ORDERED** that

1. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned cases are consolidated into Civil Action No. 06-0802.

2. The remaining above-captioned cases -- Civil Action Nos. 06-0857, 06-0877, 06-0889, 06-0905, 06-0926, 06-0929, 06-0952, and 06-0973 -- shall be administratively closed pending further order of the Court.

3. The Clerk's Office is directed to transfer the plaintiffs from the closed cases to Civil Action No. 06-0802.

4. All pleadings shall henceforth be filed only in Civil Action No. 06-0802.

5. The Clerk is directed to recaption the case as "In re XM Satellite Radio Holdings Securities Litigation," Civil Action No. 06-0802.

6. Every pleading filed in the consolidated action shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re XM Satellite Radio Holdings Securities Litigation** ) ) ) ) | |
| | ) Civil Action No. 06-0802 |
| **This Document Relates To:** ) ) ) | |

When the document being filed pertains to all plaintiffs, the phrase "All Plaintiffs" shall appear immediately below the phrase "This Document Relates To." When a pleading applies to some, but not all, of the plaintiffs, the document shall list the individual plaintiff or plaintiffs

immediately below the phrase "This Document Relates To."

7. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into Civil Action No. 06-0802. This Order shall apply to every such related action and to all current or subsequently added parties, absent an Order of the Court to the contrary. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within ten days after receiving the Order.

8. The parties shall file a Notice of Related Cases whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the Clerk shall administratively close any such case and transfer the plaintiff from the closed case to Civil Action No. 06-0802.

9. Defendants' obligation to answer or otherwise file a responsive pleading is suspended until such time as the Consolidated Complaint is filed.

10. The parties shall serve all papers on each other, which shall be served upon plaintiffs' and defendants' local counsel, by e-mail pursuant to LCvR 5.4(c), and by first-class U.S. mail, unless otherwise agreed upon by the parties.

11. This Order is entered without prejudice to the rights of any party to challenge personal jurisdiction.

**SO ORDERED**.

                                                                                             s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Court

Date: June 7, 2006